TROUTMAN PEPPER LOCKE LLP
Jaycee Parker (SBN 339438)
jaycee.parker@troutman.com
Two California Plaza
350 S Grand Ave, Suite 3400
Los Angeles, CA 90071
Telephone:     213.928.9800
Facsimile:     213.928.9850

Attorneys for Plaintiff
JANE DOE

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br><br>v.<br><br>REUBEN VAISMAN-TZACHOR,<br><br>                    Defendant. | Case No. **'26 CV2728 BAS VET**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO PROCEED ANONYMOUSLY**<br><br>Action Filed: April 29, 2026 |

1

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO PROCEED ANONYMOUSLY



**Troutman Pepper Locke LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Plaintiff, Jane Doe ("Ms. Doe" or "Plaintiff"), through her undersigned counsel and pursuant to Rules 10(a) and 5.2(a)(3) of the Federal Rules of Civil Procedure, respectfully submit this Motion for Leave to Proceed Anonymously. Plaintiff seeks entry of an order permitting her to proceed under a pseudonym.

## BACKGROUND

Plaintiff's Complaint provided the factual background on this case. It includes details about past sexual abuse Plaintiff endured by a professor and tortious conduct and harassment by a licensed psychologist who was supposed to be helping her through issues with that past abuse. Plaintiff incorporates the Complaint here. The information is highly sensitive. Moreover, the case involves Plaintiff's medical treatment. Plaintiff was required to file this motion in tandem with her complaint due to the impending statute of limitations deadline for professional negligence claim against Defendant.

## ARGUMENT

"The Ninth Circuit…recognizes that the normal presumption in litigation is that parties must use their real names." *Doe C.M.S. v. Wyndham Hotels & Resorts, Inc*, 2025 U.S. Dist. LEXIS 66300, *5 (S.D. Cal. Apr. 7, 2025) (internal quotations omitted). "Nevertheless, many federal courts, including the Ninth Circuit, have permitted parties to proceed anonymously when special circumstances justify secrecy." *Id.* (internal quotations omitted). "The use of pseudonyms is reserved, however, for the unusual case…when the party's need for anonymity outweighs prejudice to the opposing party and the public's interest in knowing the party's identity." *Id.* at *5-6 (internal quotations omitted) (alterations in original). "The Ninth Circuit has recognized three primary situations where the unusual case may arise: (1) when identification creates a risk of retaliatory physical or mental harm, (2) when anonymity is necessary to preserve privacy in a matter of sensitive and highly personal nature, and (3) when the anonymous party is compelled to admit his or her intention to engage in illegal conduct, thereby risking criminal prosecution." *Id.* (internal quotations omitted). In 9th Circuit cases dealing with sexual assault issues and topics of that nature, courts allow plaintiffs to proceed under pseudonyms. *Id.* at *8.

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO PROCEED ANONYMOUSLY

Here, as stated above, this case involves the plaintiff's status as a sexual assault survivor. Moreover, this case involves her treatment for trauma from that past abuse. This information is clearly "a matter of sensitive and highly personal nature." Sexual assault victims are a prime example of the type of plaintiffs that can and should proceed anonymously.

For the foregoing reasons, Plaintiff requests that the Court allow her to proceed anonymously in this litigation.

Dated: April 29, 2026                                    **TROUTMAN PEPPER LOCKE LLP**

By: */s/ Jaycee Parker*
Jaycee Parker
*Attorneys for Plaintiff*
*JANE DOE*

**Troutman Pepper Locke LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

3
PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO PROCEED ANONYMOUSLY

**Troutman Pepper Locke LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, CA  90071

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 29, 2026, I filed the foregoing document with the Clerk of Court using CM/ECF system.

*/s/ Jaycee Parker*
Jaycee Parker

4