**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JANE DOE,

Plaintiff,

v.

REUBEN VAISMAN-TZACHOR,

Defendant.

Case No. 26-cv-02728-BAS-VET

**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (ECF No. 10)**

Presently before the Court is a joint motion to extend Defendant's deadline to respond to the Complaint. (ECF No. 10.) The Parties state that they have met and conferred to discuss deficiencies in Plaintiff's Complaint, and that Plaintiff has agreed to amend her complaint. (*Id.*) To avoid motion practice, the Parties seek a four-week extension. (*Id.*) Finding good cause, the Court **GRANTS** the motion. As requested in the motion, Defendant's new deadline to respond shall be no later than **October 28, 2026**.

**IT IS SO ORDERED.**

**DATED: September 28, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**