**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JANE DOE,

Plaintiff,

v.

REUBEN VAISMAN-TZACHOR,

Defendant.

Case No. 26-cv-02728-BAS-VET

**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (ECF No. 12)**

Presently before the Court is a joint motion for leave to file a First Amended Complaint ("FAC"). (ECF No. 12.) After the time for amendment as a matter of course has expired, a party may amend its pleading before trial with the opposing party's consent or with leave of court. *See* Fed. R. Civ. P. 15(a)(2). Defendant consents to the filing of Plaintiff's proposed FAC. (ECF No. 12.) The Parties state they have met and conferred to discuss deficiencies in Plaintiff's original Complaint. (*Id.*) As a result, Plaintiff agreed to amend her complaint in an effort to cure those identified deficiencies. (*Id.*) Finding good cause, the Court **GRANTS** the motion. The Court orders as follows:

(1) Plaintiff shall file her FAC no later than **October 30, 2026**.[1]

(2) Defendant's deadline to file a response to Plaintiff's FAC shall be no later than **November 20, 2026**.

(3) No extensions will be granted absent a particularized showing of good cause.

**IT IS SO ORDERED.**

**DATED: October 30, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

[1] In the proposed order submitted via email to the Court, Plaintiff asks for her proposed FAC, included with the instant motion as an exhibit, to be deemed filed as of the date of this order. That request is denied. Plaintiff must file her FAC directly onto the docket. *See* Civ. L.R. 15.1(b) ("If the Court grants the motion [to amend], the moving party must file and serve the amended pleading.").